JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN WESLEY JINGLES, | No. CV 18-04752-SJO (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| M. CARR, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: June 12, 2018

*S. James Otero*

S. JAMES OTERO
United States District Judge